**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JEFFREY LUFFMAN,**

          **Plaintiff,**

      **v.**                                   **7:12-CV-317 (NAM/ATB)**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

Conboy, McKay Law Firm              Lawrence D. Hasseler, Esq.
307 State Street
Carthage, NY 13619
Counsel for Plaintiff

Social Security Administration          Katrina M. Lederer, Esq.
Office of Regional General Counsel     Special Assistant U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

### **ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter on the 14th day of March 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2.  The decision of the Commissioner is affirmed and the complaint is dismissed in its entirety.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

**DATED:**  April 4, 2013
           Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge